**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    v.

**AH'KEEM LAMOR KNAFF,**

    **Defendant.**

    **Case No. 2:21-cr-136
Judge Edmund A. Sargus, Jr.
Magistrate Judge Nora McCann King**

## ORDER

On August 12, 2021, the United States Magistrate Judge issued a Report and Recommendation (ECF No. 21) recommending that the Court accept Defendant Ah'Keem Lamor Knaff's guilty plea to Count 1 and the forfeiture allegation of the Information. The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Accordingly, the Report and Recommendation is **ADOPTED** and **AFFIRMED**, and Defendant's guilty plea is **ACCEPTED**.

    **IT IS SO ORDERED.**

**9/8/2021**
**DATE**

    **s/Edmund A. Sargus, Jr.**
**EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE**